# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MARIA N. EVANS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 07-4230-CV-C-SOW ) |
| CASEY BRUNNER, | ) ) |
| Defendant. | ) |

## ORDER

On May 21, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of May 21, 2008, is adopted. [14] It is further

ORDERED that plaintiff's claims are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 4(m).

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: June 16, 2008